UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| OFF STAGE PRODUCTIONS, INC., GIPSY KINGS, INC. and NICHOLAS REYES, PAUL REYES, FRANCOIS CANUTE REYES, ANDRE REYES, MAURICE BALIARDO, JACQUES BALIARDO, and TONINO BALIARDO professionally known as the "GIPSY KINGS", | Civil Action No. 04-CV-06065 (US/JES) <br><br> ECF Case |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| - against - | |
| PHILLIPE BOURGUES a/k/a MANOLO, JOSEPH CORTES a/k/a LITO, LE JAZZ AUBAR, INC., ABC Company. d/b/a LE JAZZ AUBAR, CIAO INC., XYZ Company. d/b/a CIAO, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 [Formally Local General Rule 9] of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff Gipsy Kings, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held:  None.

Dated: New York, New York
       August  3 , 2004

                            GOODKIND LABATON RUDOFF & SUCHAROW LLP


                            By:    S/ MICHELE C. CERULLO
                                   Brian D. Caplan (BC-1713)
                                   Michele C. Cerullo (MC-8481)
                            100 Park Avenue, Suite 1200
                            New York, New York  10017
                            (212) 907-0700
                            Attorneys for Plaintiffs