

AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court 04 CV 06065

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Off Stage Productions, Inc., Gipsy Kings, Inc. and Nicholas Reyes, Paul Reyes, Francois Canute Reyes, Andre Reyes, Maurice Baliardo, Jacques Baliardo, and Tonino Baliardo Professionally Known as The "Gipsy Kings"

Plaintiffs,

CASE NUMBER:

V.

Phillipe Bourgues a/k/a Manolo, Joseph Cortes a/k/a Lito, Le Jazz Aubar, Inc., ABC Company. d/b/a Le Jazz Aubar, Ciao Inc., XYZ Company. d/b/a Ciao

Defendants.

**TO: (Name and address of defendant)**
Le Jazz Aubar Inc., 41 East 58th Street, New York, New York 10022
ABC Co. d/b/a Le Jazz Aubar Inc., 41 East 58th Street, New York, New York 10022
Ciao Inc., 150 Spring Street, New York, New York 10012
XYZ Co. d/b/a Ciao Inc., 150 Spring Street, New York, New York 10012
Phillipe Bourgues a/k/a Manolo, d/b/a Manolito at 2895 Biscayne Blvd, suite 500, Miami Fl. 33137
Joseph Cortes a/k/a Lito, d/b/a Manolita at 2895 Biscayne Blvd, suite 500, Miami Fl. 33137

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Aoas* (signature)

BY DEPUTY CLERK

AUG 0 5 2004

DATE

600413 v1
[8/2/2004 11:45]

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04 CV 06065

Date Filed: _____

Plaintiffs:
**Off Stage Productions, Inc., et al**

vs.

Defendants:
**Phillipe Bourges a/k/a Manolo, et al**

Received by ASK Litigation Support, Inc. to be served on **CIAO INC., 150 Spring Street, New York, NY 10012**.

I, Melvin Adelglass, being duly sworn, depose and say that on the **12th day of August, 2004 at 7:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Exhibit A-C, Rule 7.1 Statement and Civil Cover Sheet** to Manager, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
8/12/2004  7:30 pm   Manager was present but she did not step forward. Left on menu counter directly in front of her
8/9/2004   Juan Pereira attempted Service: Manager not available
8/9/2004   7:20 pm   Mel Adelglass attempted Service: Manager not available

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5' 8", Weight: 135, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 16th day of August, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

_____
**Melvin Adelglass**
Lic. No.   862389

ASK Litigation Support, Inc.
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2004001940

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04 CV 06065

Date Filed: _____

Plaintiffs:
**Off Stage Productions, Inc., et al**

vs.

Defendants:
**Phillipe Bourges a/k/a Manolo, et al**

Received by ASK Litigation Support, Inc. to be served on **LE JAZZ AUBAR INC., 41 East 58th Street, New York, NY 10022**.

I, Melvin Adelglass, being duly sworn, depose and say that on the **9th day of August, 2004** at **4:08 pm**, I:

Personally delivered a true copy of the **Summons & Complaint with Exhibit A-C, Rule 7.1 Statement and Civil Cover Sheet** to Christine Carbisiero, Manager and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Caucasian, Height: 5'0", Weight: 100, Hair: Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 17th day of August, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

**Melvin Adelglass**
Lic. No.   862389

ASK Litigation Support, Inc.
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2004001939

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f