UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| OFF STAGE PRODUCTIONS, INC., GIPSY KINGS, INC. and NICHOLAS REYES, PAUL REYES, FRANCOIS CANUTE REYES, ANDRE REYES, MAURICE BALIARDO, JACQUES BALIARDO, and TONINO BALIARDO professionally known as the "GIPSY KINGS", | Docket No.: 04 CV 06065 (JES) |
| Plaintiffs, | **DISCLOSURE STATEMENT OF DEFENDANTS LE JAZZ AU BAR, INC. and ABC COMPANY d/b/a LE JAZZ AU BAR** |
| -against- | |
| PHILLIPE BOURGUES a/k/a MANOLO, JOSEPH CORTES a/k/a LITO, LE JAZZ AUBAR, INC., ABC Company d/b/a LE JAZZ AUBAR, CIAO INC., XYZ Company d/b/a CIAO, | |
| Defendants. | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of Federal Rules of Civil Procedures, Defendants, Le Jazz Au Bar, Inc. and Le Jazz Au Bar, have no parent corporations and there are no publicly owned corporations that own 10% or more of their stock.

 

S/_____
Barry A. Wadler (BW5495)
Attorney for Defendants
Le Jazz Au Bar, Inc. and ABC Company d/b/a
Le Jazz Au Bar
630 Third Avenue - 7th Floor
New York, NY 10017-6705
(212) 687-5911

Dated: September 13, 2004

A:\Off Stage Disclosure Statement.wpd