USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

OFF STAGE PRODUCTIONS, INC., ET AL.,

            Plaintiff(s),

  - against -                    04 Civ. 6065 (JES)

PHILLIPE BOURGUES, ET AL.,          ORDER

            Defendant(s).

------------------------------------X

    Counsel to plaintiffs and counsel to defendant Le Jazz Aubar, Inc. in the above-captioned action having appeared before the Court for a Pre-Trial Conference on February 15, 2005, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, discovery, solely on the issue of where remaining individual defendants can be located, shall be completed on or before March 17, 2005; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on April 4, 2005 at 3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
           February 16, 2005

                                          John E. Sprizzo
                                      United States District Judge