RETURN OF SERVICE AFFIDAVIT
JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA

**UNITED STATES DISTRICT COURT**                     CASE: 04-6065 CV
**THE SOUTHERN DISTRICT OF NEW YORK**

|  | SUMMONS |
|---|---|
| OFF STAGE PRODUCTIONS, INC., ET AL. | 20 DAY / COMPLAINT |

vs.

PHILLIPE BOURGUES A/K/A MANOLO, ET AL.

Pursuant to the request of SY KAHN, 18 EAST 41ST STREET, New York, NY. METRO PROCESS SERVICE, received this process on August 10, 2004 at 09:00 A.M.

I, JESUS GUERRA was unable to serve same on **JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA**, at 2895 BISCAYNE BLVD, SUITE 500, MIAMI, FL 33137

NO SERVICE

For the reason that diligent search and inquiry failed to locate **JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA**.

COMMENTS

2895 BISCAYNE BLVD IS A MAILBOX LOCATION, DEFENDANT IS UNKNOWN AT THIS LOCATION. THERE IS NO BOX OR SUITE #500. A THOROUGH CHECK OF DATABASES AND MOTOR VEHICLES PRODUCED NO CURRENT ADDRESS.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

The foregoing instrument was             METRO PROCESS SERVICE
acknowledged before me this day         19 WEST FLAGLER SUITE #418
by the process server who is            MIAMI, FL 33130
personally known to me.                  OFFICE (305) 374-7387
February 9th, 2005

_____          _____
**NOTARY**                               JESUS GUERRA DADE #935

**INDEX**  403684

CHARLES TAYLOR
MY COMMISSION # DD 210710
EXPIRES: July 29, 2007
1-800-3-NOTARY    FL Notary Discount Assoc. Co.