RETURN OF SERVICE AFFIDAVIT
JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA

UNITED STATES DISTRICT COURT  CASE: 04-6065 CV
THE SOUTHERN DISTRICT OF NEW YORK

OFF STAGE PRODUCTIONS, INC., ET AL.   SUMMONS
                                      20 DAY / COMPLAINT

vs.

PHILLIPE BOURGUES A/K/A MANOLO, ET AL.

Pursuant to the request of SY KAHN, 18 EAST 41ST STREET, New York, NY. METRO PROCESS SERVICE, received this process on August 10, 2004 at 09:00 A.M.

I, JESUS GUERRA was unable to serve same on **JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA**, at 2895 BISCAYNE BLVD, SUITE 500, MIAMI, FL 33137

NO SERVICE

For the reason that diligent search and inquiry failed to locate **JOSEPH CORTES A/K/A LITO, D/B/A MANOLITA**.

COMMENTS

2895 BISCAYNE BLVD IS A MAILBOX LOCATION, DEFENDANT IS UNKNOWN AT THIS LOCATION. THERE IS NO BOX OR SUITE #500. A THOROUGH CHECK OF DATABASES AND MOTOR VEHICLES PRODUCED NO CURRENT ADDRESS.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

The foregoing instrument was acknowledged before me this day by the process server who is personally known to me.
February 9th, 2005

METRO PROCESS SERVICE
19 WEST FLAGLER SUITE #418
MIAMI, FL 33130
OFFICE (305) 374-7387

NOTARY

JESUS GUERRA DADE #935

INDEX   403684

CHARLES TAYLOR
MY COMMISSION # DD 210710
EXPIRES: July 29, 2007
1-800-3-NOTARY   FL Notary Discount Assoc. Co.