# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04 CV 06065                                                                 Date Filed: _____

Plaintiffs:
**Off Stage Productions, Inc., et al**

vs.

Defendants:
**Phillipe Bourges a/k/a Manolo, et al**

Received by ASK Litigation Support, Inc. to be served on **CIAO INC., 150 Spring Street, New York, NY 10012.**

I, Melvin Adelglass, being duly sworn, depose and say that on the **12th day of August, 2004** at **7:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Exhibit A-C, Rule 7.1 Statement and Civil Cover Sheet** to Manager, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
8/12/2004  7:30 pm   Manager was present but she did not step forward.  Left on menu counter directly in front of her
8/9/2004   Juan Pereira attempted Service: Manager not available
8/9/2004  7:20 pm   Mel Adelglass attempted Service: Manager not available

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5' 8", Weight: 135, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 16th day of August, 2004 by the affiant who is personally known to me.

**NOTARY PUBLIC**

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

**Melvin Adelglass**
Lic. No.   862389

ASK Litigation Support, Inc.
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2004001940

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f