# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 04 CV 06065

Date Filed: _____

Plaintiffs:
**Off Stage Productions, Inc., et al**

vs.

Defendants:
**Phillipe Bourges a/k/a Manolo, et al**

Received by ASK Litigation Support, Inc. to be served on **LE JAZZ AUBAR INC., 41 East 58th Street, New York, NY 10022**.

I, Melvin Adelglass, being duly sworn, depose and say that on the **9th day of August, 2004 at 4:08 pm, I:**

Personally delivered a true copy of the **Summons & Complaint with Exhibit A-C, Rule 7.1 Statement and Civil Cover Sheet** to Christine Carbisiero, Manager and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Caucasian, Height: 5'0", Weight: 100, Hair: Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 17th day of August, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

**Melvin Adelglass**
Lic. No.    862389

ASK Litigation Support, Inc.
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2004001939