AO 440 (Rev. 10/93) Summons In a Civil Action

Supplemental Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Off Stage Productions, Inc., Gipsy Kings, Inc. and Nicholas Reyes, Paul Reyes, Francois Canute Reyes, Andre Reyes, Maurice Baliardo, Jacques Baliardo, and Tonino Baliardo Professionally Known as The "Gipsy Kings"

Plaintiffs,

V.

CASE NUMBER: 04CV06065

Phillipe Bourgues a/k/a Manolo, Joseph Cortes a/k/a Lito, Very, Ltd. d/b/a Le Jazz Au Bar, Ex Replay, Inc. d/b/a Ciao,

Defendants.

**TO: (Name and address of defendant)**
Very, Ltd d/b/a Le Jazz Aubar, 41 East 58th Street, New York, New York 10022
Ex Replay, Inc. d/b/a Ciao, 150 Spring Street, New York, New York 10012
Phillipe Bourgues a/k/a Manolo, d/b/a Manolito at 2895 Biscayne Blvd, suite 500, Miami Fl. 33137
Joseph Cortes a/k/a Lito, d/b/a Manolita at 2895 Biscayne Blvd, suite 500, Miami Fl. 33137

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Doss*

BY DEPUTY CLERK

DATE  FEB 2 4 2005

600413 v1
[8/2/2004 11:45]

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04CV06065                                       Date Filed: _____

Plaintiff:
**OFF STAGE PRODUCTIONS, INC., et al.**
vs.
Defendant:
**PHILLIPE BOURGUES a/k/a MANOLO, et al.**

Received by ASK Litigation Support, Inc. to be served on **EX REPLAY INC D/B/A "CIAO", 150 Spring St., New York, NY 10012**.

I, Darryl Green, being duly sworn, depose and say that on the **3rd day of March, 2005 at 7:45 pm, I:**

Personally delivered a true copy of the **Supplemental Summons** to the Bartender who refused to give her name and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 11th day of March, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

**Darryl Green**
Lic. 86635

**ASK Litigation Support, Inc.**
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2005000212

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04CV06065　　　　　　　　　　　　　　　　　　　Date Filed: _____

Plaintiff:
**OFF STAGE PRODUCTIONS, INC., et al.**

vs.

Defendant:
**PHILLIPE BOURGUES a/k/a MANOLO, et al.**

Received by ASK Litigation Support, Inc. to be served on **EX REPLAY INC D/B/A "CIAO", 150 Spring St., New York, NY 10012**.

I, Darryl Green, being duly sworn, depose and say that on the **23rd day of February, 2005** at **7:00 pm**, I:

Personally delivered a true copy of the **Amended Complaint** to the Bartender, who refused to give her name and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 11th day of March, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SIMON H. KAHN
NOTARY PUBLIC, State of New York
No. 01KA5066776
Qualified in New York County
Commission Expires March 11, 2006

_____
**Darryl Green**
Lic. 86635

**ASK Litigation Support, Inc.**
D/B/A Firm Service
18 East 41st. Street, Suite 406
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2005000236

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *04CV06065*

STATE OF NEW YORK   UNITED STATES DISTRICT Court, County of *SOUTHERN DISTRICT OF NEW YORK*

| *OFF STAGE PRODUCTIONS, INC.,etal* |
|---|
| Plantiff |
| against |
| Defendant |
| *PHILLIPE BOURGUES,etc,etal* |

STATE OF NEW YORK
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *3/1/2005* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Supplemental Summons in a Civil Action* on *EX REPLAY INC.*

Defendant in this action, by delivering to and leaving with *Amy Lesch* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars.  That said service was made pursuant to Section *306*, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color:   Age (Approx.)   Height (Approx.)   Weight (Approx.)

*Female   White      Blond         25              5'11             250*

Other Identifying Features:

Robert Wells

Sworn to before me, this
2 day of March, 20 05

Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commissioner Expires Nov 2, 2005

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203

# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # 04CV6065

**STATE OF NEW YORK** UNITED STATES DISTRICT Court, SOUTHERN DISTRICT OF NEW YORK

| OFF STAGE PRODUCTIONS, INC., etal | |
|---|---|
| | Plantiff |
| against | |
| | Defendant |
| PHILLIPE BOURGUES, etc, etal | |

STATE OF NEW YORK
County of: **ALBANY**

**Robert Wells**, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: **2/18/2005** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed **Amended Complaint** on **EX REPLAY, INC.**

Defendant in this action, by delivering to and leaving with **Carol Vogt** an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40.00** Dollars. That said service was made pursuant to Section **306**, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color:   Age (Approx.)   Height (Approx.)   Weight (Approx.)

**Female  White    Brown    45    5'1    130**

Other Identifying Features: **Glasses**

Robert Wells

Sworn to before me, this

18th day of Feb, 2005

Notary Public-Commissioner of Deeds

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2005



GOODKIND LABATON RUDOFF & SUCHAROW LLP

MICHELE C. CERULLO

Direct Dial: (212) 907-0845
Direct Fax: (212) 883-7045
MCerullo@glrslaw.com

February 18, 2005

**Via First Class Mail**
Barry A. Wadler, Esq.
630 Third Avenue
New York, NY 10017

      Re:   Off Stage Productions, Inc. et. al. v. Bourgues a/ka Monolo et. al.
             Civil Action No. 04 CV. 06065

Dear Barry:

      Enclosed please find a copy of the Amended Complaint in the above referenced matter. Please confirm by signing below that you are authorized to and agree to accept service of the Amended Complaint on behalf of defendant Very Ltd. d/b/a "Aubar".

                                          Sincerely yours,

                                          Michele C. Cerullo

Agreed and Accepted By:
Barry Wadler, Esq.
Attorney for Defendant
Very Ltd d/b/a Aubar

100 PARK AVENUE, NEW YORK, NY 10017-5563 • TEL: 212.907.0700 FAX: 212.818.0477
WWW.GLRSLAW.COM



GOODKIND LABATON RUDOFF & SUCHAROW LLP

MICHELE C. CERULLO

Direct Dial: (212) 907-0845
Direct Fax: (212) 883-7045
mcerullo@glrslaw.com

March 14, 2005

**Via Fascimile & First Class Mail**
Barry A. Wadler, Esq.
630 Third Avenue
New York, NY 10017

      Re:    Off Stage Productions, Inc. et. al. v. Bourgues a/ka Monolo et. al.
            Civil Action No. 04 CV. 06065

Dear Barry:

      Enclosed please find the Supplemental Summons in the above referenced action.

Sincerely yours,

Michele C. Cerullo

MCC/spw
Enclosure

# GOODKIND LABATON RUDOFF & SUCHAROW LLP

100 Park Avenue, 12th Floor
New York, New York 10017-5563

Voice: (212) 907-0700
Fax: (212) 818-0477

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Barry A. Wadler | | (212) 661-9491 | (212) 687-5911 |

FROM: Michele C. Cerullo
PHONE: (212) 907-0845

March 14, 2005
CLIENT/MATTER #: 011133/0008

Total number of pages including this page:
If you do not receive all the pages, please call (212) 907-0700.

Please see the attached.

ATTENTION RECIPIENT:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE. MY NUMBER IS (212) 907-0700.

PLEASE FORWARD THE ATTACHED TO THE APPROPRIATE PERSON IN YOUR FIRM AS SOON AS POSSIBLE.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

606613 v1
[2/17/2005 13:09]

```
********************
***  TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3542 |
| CONNECTION TEL | 0010#512126619491PPP |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/14 17:31 |
| USAGE T | 00'37 |
| PGS. SENT | 3 |
| RESULT | OK |

## GOODKIND LABATON RUDOFF & SUCHAROW LLP

100 Park Avenue, 12th Floor
New York, New York 10017-5563

Voice: (212) 907-0700
Fax:   (212) 818-0477

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Barry A. Wadler | | (212) 661-9491 | (212) 687-5911 |

FROM: Michele C. Cerullo           March 14, 2005
PHONE: (212) 907-0845     CLIENT/MATTER #: 011133/0008

Total number of pages including this page:
If you do not receive all the pages, please call (212) 907-0700.

Please see the attached.