UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

OFF STAGE PRODUCTIONS, INC., ET AL.,

        Plaintiff(s),

- against -                                04 Civ. 6065 (JES)

PHILLIPE BOURGUES, ET AL.,                 **ORDER**

        Defendant(s).

----------------------------------------X

    Counsel to plaintiffs and counsel to defendant Le Jazz Aubar, Inc. in the above-captioned action having appeared before the Court for a Pre-Trial Conference on April 4, 2005, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before July 5, 2005; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on July 11, 2005 at 3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
           April 4, 2005

                                          John E. Sprizzo
                                      United States District Judge