```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OFF STAGE PRODUCTIONS, INC., ET AL.,

               Plaintiff(s),

  - against -                         04 Civ. 6065 (JES)

PHILLIPE BOURGUES, ET AL.,            **ORDER**

              Defendant(s).
----------------------------------------X

    Counsel to defendant Very, Ltd. d.b.a. Le Jazz Au Bar, in a letter dated April 18, 2005, having informed the Court that it has filed a Chapter 11 proceeding in bankruptcy court, and the Court having considered all matters raised, it is

    **ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

    **ORDERED** that this action be transferred to the Suspense Docket of this Court until April 24, 2006, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on April 24, 2006 at 3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
          April __, 2005

                                          John E. Sprizzo
                                   United States District Judge