UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OFF STAGE PRODUCTIONS, INC., GIPSY KINGS,     :
INC. and NICHOLAS REYES, PAUL REYES,          :
FRANCOIS CANUTE REYES, ANDRE REYES,           :
MAURICE BALIARDO, JACQUES BALIARDO, and       :
TONINO BALIARDO professionally known as the   :   No. 04CV06065
"GIPSY KINGS",                                :
                                              :   ECF CASE
                   Plaintiffs,                :
                                              :
    - against -                               :
                                              :
PHILLIPE BOURGUES a/k/a MANOLO, JOSEPH        :
CORTES a/k/a LITO, VERY, Ltd. d/b/a LE JAZZ AU :
BAR, EX REPLAY, INC. d/b/a CIAO,              :
                                              :
                   Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective September 30, 2005, the name of

Goodkind Labaton Rudoff & Sucharow LLP, Counsel for Plaintiffs, has changed to:

Labaton Sucharow & Rudoff LLP

The firm's address, telephone and facsimile numbers remain the same.

Dated: New York, New York          Respectfully submitted,
       September 29, 2005

                                   GOODKIND LABATON RUDOFF
                                     & SUCHAROW LLP

                                   By: /s Michele C. Cerullo
                                      Michele C. Cerullo (MC-8481)
                                   100 Park Avenue
                                   New York, New York 10017
                                   (212) 907-0700

                                   *Attorneys for Plaintiffs*

633446 v1
[9/21/2005 09:45]