UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

OFF STAGE PRODUCTIONS, INC.,
GIPSY KINGS,, INC., *et al.*                 :     **STIPULATION AND ORDER**

                Plaintiffs,        :

          v.                         :     Docket no. 04 CV 06065

PHILLIPE BOURGUES a/k/a MANOLO, *et al.*    :

                Defendants.        :

--------------------------------------x

     IT IS HEREBY CONSENTED by and between the attorneys for the respective parties that the pre-trial status conference presently scheduled for April 24, 2006 at 3:00 p.m. is adjourned on consent to ~~May 8, 2006 at 3:00 p.m.~~ or such other later time as is scheduled by the Court.

May 16, 2006 at 2:30 p.m.

Dated: New York, NY
        April 21, 2006

                                                  Michele C. Cerullo, Esq. (MC 8481)
                                                  Goodkind Labaton Rudoff & Sucharow LLP
                                                  Attorneys for plaintiff

                                                  Barry A. Wadler, Esq. (BW 5495)
**SO ORDERED:**                                   Attorney for defendant Very Ltd. d/b/a
                                                  Le Jazz Au Bar

_____
JOHN E. SPRIZZO, U.S.D.J.

4/27/06

                                Page 1 of 1