```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OFF STAGE PRODUCTIONS, INC., ET AL.,

                    Plaintiff(s),
                                              04 Civ. 6065 (JES)
        - against -
                                                    ORDER
PHILLIPE BOURGUES, ET AL.,

                    Defendant(s).
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Counsel to plaintiffs and counsel to defendant Very, Ltd. in the above-captioned action having appeared before the Court for a Pre-Trial Conference on May 16, 2006, and counsel to defendant Very, Ltd. having sought leave of the Court to withdraw from representation of defendant, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, counsel to defendant Very, Ltd. shall submit his Motion to Withdraw from Representation of Defendant on or before June 16, 2006; and it is further

**ORDERED** that counsel to defendant shall serve both such Motion and a copy of this Order upon defendant, at their last known address, by certified mail, return receipt requested; and it is further

**ORDERED** that a Pre-Trial Conference to discuss counsel's application shall occur on July 12, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:  New York, New York
        May      , 2006


                                        _____
                                        John E. Sprizzo
                                        United States District Judge