UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OFF STAGE PRODUCTIONS, INC., GIPSY KINGS,           )
INC. and NICHOLAS REYES, PAUL REYES,
FRANCOIS CANUTE REYES, ANDRE REYES,
MAURICE BALIARDO, JACQUES BALIARDO,
and TONINO BALIARDO professionally known
as the "GIPSY KINGS",                               Docket No.: 04 CV 06065 (JES)

                     Plaintiffs,               **NOTICE OF MOTION**
                                                           **FOR LEAVE TO WITHDRAW**
   -against-                                      **AS COUNSEL**

PHILLIPE BOURGUES a/k/a MANOLO, JOSEPH
CORTES a/k/a LITO, VERY, LTD. d/b/a LE JAZZ
AUBAR, EX REPLAY INC. d/b/a CIAO

                     Defendant.
------------------------------------------------------------------x

      Barry A. Wadler, attorney of record for defendant, Very, Ltd d/b/a Le Jazz Au Bar moves the court for an order granting leave to withdraw as counsel.

      **Please take notice** that the undersigned with bring the above motion on for hearing before this Court before Honorable John E. Sprizzo in courtroom 21C, 500 Pearl Street, New York, NY on July 12, 2006 at 3 o'clock in the afternoon of that day or soon thereafter as counsel can be heard.

                                                                 /S/
                                                Barry A. Wadler
                                                Attorney for Defendant
                                                Very, Ltd d/b/a Le Jazz Au Bar
                                                630 Third Avenue - 7th Floor
                                                New York, NY 10017-6705
                                                (212) 687-5911

TO:    Michele C. Cerullo, Esq.
           Labaton Sucharow & Rudolff, LLP
           Attorneys for Plaintiffs
           100 Park Avenue
           New York, NY 10017

           Very, Ltd.
           41 East 58th Street
           New York, NY 10022
           Attn: Howard Stein, President

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OFF STAGE PRODUCTIONS, INC., GIPSY KINGS,
INC. and NICHOLAS REYES, PAUL REYES,
FRANCOIS CANUTE REYES, ANDRE REYES,
MAURICE BALIARDO, JACQUES BALIARDO,
and TONINO BALIARDO professionally known         Docket No.: 04 CV 06065 (JES)
as the "GIPSY KINGS",

                        Plaintiffs,                **AFFIDAVIT IN SUPPORT**

   -against-

PHILLIPE BOURGUES a/k/a MANOLO, JOSEPH
CORTES a/k/a LITO, VERY, LTD. d/b/a LE JAZZ
AUBAR, EX REPLAY INC. d/b/a CIAO

                        Defendant.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK

1.    Barry A. Wadler, being duly sworn deposes and says as follows:

2.    I am admitted to the bar of this Court. I am fully familiar with the facts and circumstances of this action and with the matters set forth in this affidavit.

3.    I am attorney of record for the defendant Very, Ltd. d/b/a Le Jazz AuBar ("VERY").

4.    I submit this affidavit in support of this motion which seeks an order of this Court pursuant to Rule 1.4 of the Local Federal Rules of Civil Procedure granting leave of the court to withdraw as attorney of record for the defendant VERY.

5.    This is an action based on trademark infringement and other causes of action arising from the same occurrences. The Amended Complaint in this action was served in or about

1

December 1, 2004. Defendant VERY served its Answer and Affirmative Defenses to the Amended Complaint on or about December 23, 2004.

6.  VERY is the only defendant that has appeared in this action. Upon information and belief, the other defendants have either not been served or have defaulted.

7.  Upon information and belief, on April 5, 2005, VERY filed a petition for reorganization under Chapter 11 of the Bankruptcy Code. I did not represent VERY in connection with that reorganization proceeding.

8.  On or about April 18, 2005, I informed this Court of the Chapter 11 filing. On or about April 23, 2005, this Court entered an order transferring this action to the Suspense Docket until April 24, 2006. A copy of that order is annexed to this Affidavit as Exhibit "A".

9.  On December 12, 2005, the Chapter 11 proceeding was dismissed. A copy of the Notice of Dismissal of Case is annexed to this affidavit as Exhibit "B".

10. I am owed substantial sums of money from VERY. At the time of the Chapter 11 filing, I was owed $22,693.03 for my representation of VERY in this matter as well as other matters. I have not received any payment from VERY since October 2004. I do not believe there is any possibility of receiving any payment from VERY at anytime in the foreseeable future. I had a conversation with Mr. Howard Stein, President and CEO of VERY after the Chapter 11 proceeding was dismissed and at that time he stated that VERY had no resources for making any payments to me on account of the sums were due and owing, nor for any future work that I might undertake. I had further a conversation with Mr. Stein regarding the status of VERY and its business which I cannot divulge because of attorney-client confidentiality. However, I am authorized to state that Mr. Stein confirmed to me that I was relieved of any further responsibility

in connection with this matter or any other matters on behalf of VERY.

11.     Notwithstanding the forgoing, I am aware that I require an order of this Court relieving me as counsel of record pursuant to Rule 1.4 of the Local Rules of Civil Procedure.

12.     This matter appeared before the Court for a pretrial conference on May 16, 2006 at which time I informed the Court that I intended to seek leave to withdraw as attorney of record for VERY. A copy of this Court's Order directing the time, date and place for this motion and for manner of service thereof on VERY together with a copy of the Order is annexed as Exhibit "C".

13.     Apart from the exchange of pleadings in this matter, there have been no other proceedings nor are any proceedings presently scheduled. No discovery demands have been served by any party. Apart from pretrial conferences, this matter is not on the calendar.

14.     I respectfully request that the Court enter an order permitting Barry A. Wadler, Esq. to withdraw as attorney of record for Very, Ltd. d/b/a Le Jazz Au Bar.

/S/
Barry A. Wadler (BW5495)

Sworn to before me this
5th day of June 2006

_____
Notary

C:\Documents and Settings\Office\My Documents\Barry\Stein3\VERY\Withdraw_as_attorney_Affidavit_in_Support.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
OFF STAGE PRODUCTIONS, INC., ET AL.,

                Plaintiff(s),

- against -                        04 Civ. 6065 (JES)

PHILLIPE BOURGUES, ET AL.,        ORDER

                Defendant(s).
------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/26/05

    Counsel to defendant Very, Ltd. d.b.a. Le Jazz Au Bar, in a letter dated April 18, 2005, having informed the Court that it has filed a Chapter 11 proceeding in bankruptcy court, and the Court having considered all matters raised, it is

    **ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

    **ORDERED** that this action be transferred to the Suspense Docket of this Court until April 24, 2006, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on April 24, 2006 at 3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
           April   , 2005

                                          John E. Sprizzo
                                United States District Judge

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| IN RE: Very, Ltd.<br>aka  Au Bar<br>aka  Le Jazz Au Bar<br>aka  58 | CASE NO.: 05-12248-brl |
| SSN/TAX ID:  13-3406052 | CHAPTER: 11 |

### NOTICE OF DISMISSAL OF CASE

An order of dismissal was entered by the Honorable Burton R. Lifland on in this Chapter 11 case.

**This case is dismissed.**

Dated: December 12, 2005                    Kathleen Farrell-Willoughby
                                            Clerk of the Court

# EXHIBIT B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OFF STAGE PRODUCTIONS, INC., ET AL.,

                Plaintiff(s),

          - against -

PHILLIPE BOURGUES, ET AL.,

                Defendant(s).
------------------------------------X

04 Civ. 6065 (JES)

**ORDER**

    Counsel to plaintiffs and counsel to defendant Very, Ltd. in the above-captioned action having appeared before the Court for a Pre-Trial Conference on May 16, 2006, and counsel to defendant Very, Ltd. having sought leave of the Court to withdraw from representation of defendant, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, counsel to defendant Very, Ltd. shall submit his Motion to Withdraw from Representation of Defendant on or before June 16, 2006; and it is further

    **ORDERED** that counsel to defendant shall serve both such Motion and a copy of this Order upon defendant, at their last known address, by certified mail, return receipt requested; and it is further

    **ORDERED** that a Pre-Trial Conference to discuss counsel's application shall occur on July 12, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated: New York, New York
       May     , 2006

                                       John E. Sprizzo
                                United States District Judge

**EXHIBIT C**