STATE OF NEW YORK   )
                       )ss.:
COUNTY OF NEW YORK )

      Elizabeth Dales, being duly sworn deposes and says:

      I live in New York, New York. On the 5th day of June, 2006, I served a true copy of the Notice of Motion for Leave to Withdraw as Counsel, Affidavit in Support with exhibits, (including Order of Judge Sprizzo dated May 16, 2006) Memorandum of Law in Support of Motion to Withdraw as Attorney of Record for Defendant Very, Ltd upon Very, Ltd. at its last known address, by Certified mail, return receipt requested; in a post paid envelope by depositing the envelope at the United States Postal Service depository within the State of New York addressed to the following:

Very Ltd.
41 East 58th Street
New York, NY 10022
Attn: Howard Stein, President

                                       _____
                                       Elizabeth Dales

Sworn to before me this
day of 5th day of June, 2006.

_____
Notary Public

BARRY A. WADLER
Notary Public, State of New York
No.02WA4523851
Qualified in New York County
Commission Expires May 31, 2010

C:\Documents and Settings\Office\My Documents\Barry\Stein3\VERY\Affidavit of Service. by certified mail return receipt requested.wpd