UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
       Offstage
          v
       Bourgues
```

------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

04 Civ. 6065 (JES)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

XX Specific Non-Dispositive Motion/Dispute:*

   Defense atty's motion to withdraw

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:___

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:___

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion:___

   All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York

United States District Judge

9-27-06